AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-mj-00776-NJK |
| | ) | |
| GREGORY ALAN NELSON | ) | Charging District:   District of Utah |
| *Defendant* | ) | Charging District's Case No.   2:20-mj-00672-JCB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court – District of Utah<br>351 South West Temple<br>Salt Lake City, Utah 84101 | Courtroom No.:  8.4 |
|---|---|---|
| | | Date and Time:   September 21, 2020 AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   September 1, 2020

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED          ___ RECEIVED
___ ENTERED       ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 01, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY